# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5217**

**September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On:** July 21, 2025

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of appellants' unopposed July 18, 2025 motion for an extension of time, it is

**ORDERED** that the motion be granted.  Appellants' response to the motion to supplement the record is now due on July 23, 2025, and appellees' reply is now due on July 28, 2025.  It is

**FURTHER ORDERED** that the response and the reply also address whether and how the factual developments referenced in the Harper affidavit, including the transfer of custody of class members to Venezuela and the assurances made by the Venezuelan government, affect the pending appeal and stay motion, including (1) any mootness issues and (2) the merits of the appellants' argument that relief was improper because courts cannot compel the Executive "to negotiate a diplomatic deal" (Stay Motion at 15).

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

            BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk